■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHAWN WEBB-PAYNE, Appellant. [699 NYS2d 874] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated December 9, 1996 (*People v Webb-Payne,* 234 AD2d 403), affirming a judgment of the County Court, Nassau County, rendered August 16, 1994.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Mangano, P. J., Bracken, Joy and Altman, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. DERRICK BARNES, Petitioner, v WARDEN, Respondent. [699 NYS2d 883] —Application by the petitioner for a writ of habeas corpus and for poor person relief.

Upon the papers filed in support of the application and no papers having been filed in opposition or relation thereto, it is

Ordered that the branch of the application which is for poor person relief is granted to the extent that the filing fee imposed by CPLR 8022 (b) is waived, and that branch of the application is otherwise denied; and it is further,

Ordered that the branch of the application which is for a writ of habeas corpus is denied and the petition is dismissed, without costs or disbursements. Ritter, J. P., Santucci, Joy and Luciano, JJ., concur.